**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HECTOR A. PADILLA, a.k.a. Alex Padilla,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 10-70294<br><br>Agency No. A092-143-130<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011**

Before:     FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

Hector A. Padilla, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' order summarily affirming an immigration judge's

("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for

abuse of discretion the denial of a motion for a continuance, and de novo claims of

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

due process violations in immigration proceedings.  *Sandoval-Luna v. Mukasey*,

526 F.3d 1243, 1245-46 (9th Cir. 2008).  We deny the petition for review.

The IJ did not abuse his discretion or violate Padilla's constitutional right to

due process by denying Padilla's motion for a continuance.  *See id.* at 1247;

*Colmenar v. INS*, 210 F.3d 967, 972 (9th Cir. 2000) (requiring error and prejudice

to establish a due process violation).

**PETITION FOR REVIEW DENIED.**